IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Melissa Melendez,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Arizona Board of Regents,<br><br>　　　　　Defendant. | No. CV-19-00377-TUC-SHR<br><br>**Order** |

　　　The Court having ordered counsel to file a brief Joint Settlement Status Report on or before August 7, 2020, and every 45 days thereafter in its May 15, 2020 Order (Doc. 28), and there being no such report filed,

　　　**IT IS ORDERED** that Counsel shall file a brief Joint Settlement Status Report **on or before Friday, November 13, 2020** and every **60 days** thereafter.

　　　　　Dated this 15th day of October, 2020.

_Honorable Scott H. Rash_
United States District Judge