J. Greg Coulter (State Bar No. 016890)
Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
greg.coulter@jacksonlewis.com
monica.ryden@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ms. Melissa Melendez,<br><br>        Plaintiff,<br><br>   v.<br><br>The Arizona Board of Regents d/b/a University of Arizona,<br><br>        Defendant. | Case No.: 4:19-cv-00377-SHR<br><br>**JOINT SETTLEMENT STATUS REPORT** |

Pursuant to the Court's Order (Doc. 32), Plaintiff, Melissa Melendez, and Defendant, The Arizona Board of Regents d/b/a University of Arizona, by and through their attorneys, jointly file the following Settlement Status Report.

The Parties have engaged in discussions regarding settlement issues.  Counsel for Plaintiff and Defendant conferred on October 22, 2020 and November 12, 2020.  They agreed that a settlement conference would not be productive at this time.

//

//

//

//

//

1

In accordance with the Court's Order, the Parties will provide another status report within 60 days.

Dated:  November 12, 2020

                                              JACKSON LEWIS P.C.

                                              By: */s/ Monica M. Ryden*
                                                   J. Greg Coulter
                                                   Monica M. Ryden
                                                   Attorneys for Defendant

                                            STEPHANIE R. LEACH, PLLC

                                              By: */s/ Stephanie R. Leach (with permission)*
                                                   Stephanie R. Leach
                                                 Attorneys for Plaintiff

# CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephanie R. Leach (#023739)
Stephanie R. Leach, PLLC
2415 E. Camelback Rd., Suite 700
Phoenix, AZ  85016
Telephone: (602) 753-9276
stephanie@azemploymentattorney.com

Darren Heitner (*pro hac* pending)
Heitner Legal, PLLC
215 Hendricks Isle
Fort Lauderdale, FL 33301
Telephone: (954) 558-6999
darren@heitnerlegal.com

*Attorneys for Plaintiff*


By: */s/ Susan Johnson*

4828-3275-2082, v. 1