Stephanie R. Leach (#023739)
STEPHANIE R. LEACH, PLLC
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Telephone: (602) 753-9276
Stephanie@azemploymentattorney.com

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ms. Melissa Melendez,<br><br>    Plaintiff,<br>v.<br><br>The Arizona Board of Regents d/b/a University of Arizona,<br><br>    Defendant. | _____<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>**4:19-CV-00377-SHR** |

Pursuant to the Court's Order (Doc. 32), Plaintiff, Melissa Melendez, and Defendant, The Arizona Board of Regents d/b/a University of Arizona, by and through their attorneys, jointly file the following Settlement Status Report.

The Parties have engaged in discussions regarding settlement issues. Counsel for Plaintiff and Defendant conferred on October 22, 2020, November 12, 2020 and November 19, 2020. They agreed that a settlement conference would not be productive at this time.

//
//
//
//
//
//
//

In accordance with the Court's Order, the Parties will provide another status report within 60 days.

Dated: March 14, 2021

STEPHANIE R. LEACH, PLLC

By: */s/ Stephanie R. Leach*
    Stephanie R. Leach
    Attorneys for Plaintiff

By: */s/ Monica M. Ryden*
    Monica M. Ryden
    Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 14, 2021, I electronically transmitted the foregoing to the following individuals:

J. Greg Coulter (State Bar No. 016890)
Monica M. Ryden (State Bar No. 023986)
JACKSON LEWIS P.C.
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Monica.Ryden@jacksonlewis.com

*/s/ Stephanie R. Leach*