J. Greg Coulter (State Bar No. 016890)
Monica M. Ryden (State Bar No. 023986)
**JACKSON LEWIS P.C.**
2111 East Highland Avenue, Suite B-250
Phoenix, AZ  85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
greg.coulter@jacksonlewis.com
monica.ryden@jacksonlewis.com

Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Ms. Melissa Melendez,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>The Arizona Board of Regents d/b/a University of Arizona,<br><br>　　　　Defendant. | Case No.: 4:19-cv-00377-RM<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE MOTION FOR SUMMARY JUDGMENT**<br><br>**(Third Request)** |

Pursuant to Rule 7.3 of the Local Rules of Procedure, the Parties stipulate and move the Court for a two-week extension of the time for Defendant to file a motion for summary judgment.

The current deadline for dispositive motions is September 10, 2020.  On March 15, 2020 the Court entered a Scheduling Order in this case, which included a February 17, 2021 dispositive motion deadline. (Doc. 28.)  On December 8, 2020, the Court entered an Order Extending Pretrial Deadlines and Modifying Case Management and Scheduling Order, which included extending the dispositive motion deadline to June 11, 2021. (Doc. 35). On March 22, 2021, the Court entered an Order Extending Pretrial Deadlines and Modifying Case Management and Scheduling Order, which included extending the dispositive motion deadline to September 10, 2021. (Doc. 40.)

The Parties respectfully request that the Court extend the deadline from September 10, 2021 to September 24, 2021. The Parties have concluded discovery and are attempting to resolve this matter. If settlement discussions are successful, a motion for summary judgment will be unnecessary. As is, scheduling issues necessitate the additional time. Due to the COVID-19 pandemic, defense counsel has been working mostly remotely since March 2020 and staff in the office is reduced. Without this extension, Defendant will be severely prejudiced in its preparation of a dispositive motion.

This Stipulation is filed in good faith and not for the purpose of delay. A proposed form of order is filed herewith.

Dated:  September 8, 2021

                              JACKSON LEWIS P.C.

                              By: */s/ J. Greg Coulter*
                                    J. Greg Coulter
                                    Monica M. Ryden
                                    Attorneys for Defendant

                              STEPHANIE R. LEACH, PLLC

                              By *ced/s/ Stephanie R. Leach (with permission)*
                                    Stephanie R. Leach
                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 8, 2021, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Stephanie R. Leach
STEPHANIE R. LEACH, PLLC
2415 E. Camelback Road, Suite 700
Phoenix, Arizona 85016
Stephanie@azemploymentattorney.com

Darren Heitner
Heitner Legal, PLLC
215 Hendricks Isle
Fort Lauderdale, FL 33301
Darren@heitnerlegal.com
*Attorneys for Plaintiff*

By: */s/ Miranda L. Dotson*

4813-3480-6778, v. 2

3