Stephanie R. Leach (#023739)
STEPHANIE R. LEACH, PLLC
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016
Telephone: (602) 753-9276
Stephanie@azemploymentattorney.com

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Ms. Melissa Melendez, | _____ |
| Plaintiff, | **STIPULATION OF DISMISSAL WITH PREJUDICE** |
| v. | |
| The Arizona Board of Regents d/b/a University of Arizona, | **4:19-CV-00377-SHR** |
| Defendant. | |

Plaintiff Melissa Melendez and Defendant The Arizona Board of Regents d/b/a University of Arizona stipulate and agree that this matter can and should be dismissed with prejudice, each party to pay their own costs and attorneys' fees.

DATED this 4th day of October, 2021

STEPHANIE R. LEACH, PLLC.

By __/s/Stephanie Leach__
Stephanie R. Leach
2415 E. Camelback Rd., Suite 700
Phoenix, AZ 85016

JACKSON LEWIS P.C.
/s/Greg Coulter
J. Greg Coulter (State Bar No. 016890)
Monica M. Ryden (State Bar No. 023986)
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016

## **CERTIFICATE OF SERVICE**

I hereby certify that on 4th day of October, 2021, I electronically transmitted the foregoing to the following individuals:

J. Greg Coulter (State Bar No. 016890)
Monica M. Ryden (State Bar No. 023986)
JACKSON LEWIS P.C.
2111 East Highland Avenue, Suite B-250
Phoenix, AZ 85016
Telephone: (602) 714-7044
Facsimile: (602) 714-7045
Greg.Coulter@jacksonlewis.com
Monica.Ryden@jacksonlewis.com


/s/ *Stephanie R. Leach*
4840-2726-2461, v. 1